UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FLORES TOSTA, et al.,

                Plaintiff(s),

-against-

JOSEPH ROMA & SONS CONSTRUCTION INC., et al.,

                Defendant(s).

20 CV 6710 (NSR)
RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, and due to the completion of discovery and the parties' statements that they do not intend to file dispositive motions, it is hereby

    ORDERED that the above case scheduled for **Status Conference on September 8, 2022 is advanced to July 21, 2022 at 2:00 pm to be held via teleconference.**

    To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

    In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.

2. Use handset rather than speakerphone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

SO ORDERED.

Dated: June 30, 2022
White Plains, NY

_____
NELSON S. ROMÁN, U.S.D.J