UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
WALTER SALOMON FLORES TOSTA,　　　　：
*individually and on behalf of others similarly*　　：
*situated*,　　　　　　　　　　　　　　　　　　　　　：　　No. 7:20 CIV 6710 (NSR)
　　　　　　　　　　　　　　　　Plaintiff,　　　：
　　　　　　　　　　　　　　　　　　　　　　　：　　　　　ORDER
　　　　　　　　-against-　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　：
JOSEPH ROMA & SONS CONSTRUCTION　　：
INC.; JOHN ROMA; and JOSEPH ROMA,　　　：
　　　　　　　　　　　　　　　Defendants.　　：

-------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2022

NELSON S. ROMÁN, United States District Judge:

　　　The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days, by October 10, 2022. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

　　　The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next forty-five (45) days with a request that the agreement be "so ordered" by the Court.

Dated:　August 26, 2022　　　　　　　　　　　　　　SO ORDERED:
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NELSON S. ROMÁN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge